UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

 MATHSON INDUSTRIES, INC.,
        Debtor,
_____/

| | |
|---|---|
| WENDY TURNER LEWIS, Trustee of the Chapter 7 Bankruptcy Estate of Mathson Industries, Inc., | Case Nos. 09-13148    09-13149 |
|         Plaintiff/Appellee, | Honorable Patrick J. Duggan |
| v. | |
| | Chapter 7 Case No. 09-42894 |
| NEGRI BOSSI USA, INC., | |
|         Defendant/Appellant, | Adversary No. 09-04639-tjt |
| _____/ | |
| | Honorable Thomas J. Tucker |

## **JUDGMENT**

This matter is before the Court on Defendant's appeal from the bankruptcy court's partial grant of summary judgment to Plaintiff and entry of a permanent injunction against Defendant.  For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the bankruptcy court's July 30, 2009, bench opinion and subsequent entry of a permanent injunction against Defendant is **AFFIRMED**.

                                                                s/PATRICK J. DUGGAN
                                                                UNITED STATES DISTRICT JUDGE

Date: January 26, 2010
copies to:
Howard S. Sher, Esq.
Michele L. Walton, Esq.
Anissa C. Hudy, Esq.
John J. Bursch, Esq.
Hon. Thomas J. Tucker